UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
--------------------------------------------------

**Ollie W Wood**

**Plaintiff**                                    Case No. 25-cv-00908-MHC-JEM

vs.

**Professional Debt Mediation, Inc.; and
Encore Haven, LLC**

**Defendants.**

--------------------------------------------------

**Certificate of Interested Persons and Corporate Disclosure Statement**

(1) The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

**Response**-

a. Plaintiff Ollie W Wood

b. Defendant Professional Debt Mediation, Inc.

c. Defendant Encore Haven, LLC

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

**Response**- None currently known.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

**Response**- Shimshon Wexler for Plaintiff

(4) [For every action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a).] The undersigned further certifies that the following is a full and complete list of the citizenship* of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

**Response**- Jurisdiction in this action is not based on diversity but rather is based on federal question- 28 USC 1331.

Dated: February 26, 2025

                                                          S Wexler, LLC
                                                         /s/ Shimshon Wexler
                                                         Georgia Bar No. 436163

                                                                                                                 1118 Empire Rd NW  
                                                                                                                 Atlanta, GA 30329  
                                                                                                                 (212) 760-2400  
                                                                                                                 swexleresq@gmail.com